UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                     Cr. 11-CR-

Rafael Humberto Celaya Valenzuela

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 8th day of June, 2011.

This 8th day of June, 2011.

                                      JOHN P. KACAVAS
                                      United States Attorney

                                      /s/ Robert J. Veiga
                                      Robert J. Veiga
                                      Assistant U.S. Attorney

WARRANT ISSUED: _____