UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOAQUIN GUZMAN-LOERA, )<br>   a/k/a  EL CHAPO, )<br>   a/k/a EL PRIMO, )<br>JESUS MANUEL GUTIERREZ GUZMAN, )<br>   a/k/a MANOLO, )<br>JOSE BENJAMIN LOCHEO DEL RIO, )<br>   a/k/a EL CAMARADA, )<br>RAFAEL HUMBERTO CELAYA VALENZUELA )<br>   a/k/a RAFA, )<br>   a/k/a RAFI, )<br>RODOLFO ALARCON MENDOZA, )<br>   a/k/a RUDY, )<br>   a/k/a RODO, )<br>SAMUEL ZAZUETA VALENZUELA, )<br>SERGIO LOPEZ ALARCON, )<br>   a/k/a ALEXI, ) | **SEALED DOCUMENT**<br><br>No. 1:11-cr-84-01/07-JL |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

**COUNT ONE**
[Conspiracy to distribute and to possess with intent to distribute controlled substances]
[21 U.S.C. §§ 846, 841(a)]

Beginning in approximately March 2009 and continuing through to approximately

September 2012, in the District of New Hampshire and elsewhere, the defendants,

JOAQUIN GUZMAN-LOERA,
a/k/a El Chapo, a/k/a El Primo,
JESUS MANUEL GUTIERREZ GUZMAN,
a/k/a MANOLO,
JOSE BENJAMIN LOCHEO DEL RIO,
a/k/a EL CAMARADA,
RAFAEL HUMBERTO CELAYA VALENZUELA,
a/k/a RAFA,
a/k/a RAFI,

RODOLFO ALARCON MENDOZA,
a/k/a RUDY,
a/k/a RODO,
SAMUEL ZAZUETA VALENZUELA,
SERGIO LOPEZ ALARCON,
a/k/a ALEXI,

knowingly, intentionally and unlawfully agreed and conspired together, and with others known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute controlled substances including but not limited to heroin, a Schedule I controlled substance, and methamphetamine and 1,000 or more kilograms of cocaine, both Schedule II controlled substances, all in violation of 21 United States Code, Sections 846 and 841(a).

A TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson


JOHN P. KACAVAS
United States Attorney


/s/ Donald Feith
Donald Feith
Assistant U.S. Attorney

July 11, 2012